

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR,** Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's reply brief was originally due June 7, 2021. Appellant's first motion for extension of time was granting, extending the deadline for filing the reply brief to June 21, 2021. On June 21, 2021, appellant filed a motion requesting an additional extension of time to file the reply brief until July 1, 2021. After consideration, we **GRANT** the motion and **ORDER** appellant to file her reply brief **by July 1, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court